FRANK J. GLOCK et al., respondents,

*v.*

CATHERINE GLOCK et al., appellants.

[Submitted February 12th, 1932. Decided May 16th, 1932.]

479

*Messrs. Schumann & Schumann,* for the appellants.

*Messrs. Pesin & Pesin,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.  14.

*For reversal*—None.